Order issued January 22, 2013

000185



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01467-CV

**LEONARD LEVINE AND HENRY CANTU, A PARTNERSHIP
STYLED BEST ONE, Appellants**

**V.**

**UNIQUE BEVERAGE CO., DALE PAPPAS, ATKINSON-CRAWFORD
SALES, CO., AND SCOTT GIBBONS, Appellees**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN (15) DAYS** of the date of this order, a supplemental clerk's record containing the ORDER GRANTING MOTION FOR SUMMARY JUDGMENT in favor of defendants, Atkinson-Crawford Sales Co. and Scott Gibbons, signed November 30, 2011, as it appears in the clerk's record for cause number DC-10-13075.

MARTIN RICHTER
JUSTICE
**MARTIN RICHTER
Senior Judge 5th Court of Appeals
Sitting by Assignment**